IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Dwight A. Rudisill, #14698-058, | ) | C/A NO. 4:11-956-CMC-TER |
| | ) | |
| Petitioner, | ) | |
| | ) | **OPINION and ORDER** |
| v. | ) | |
| | ) | |
| Darlene Drew, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

This matter is before the court on Petitioner's *pro se* motion "to appoint Marshal to Serve Summons and Complaint." Mot. at 1 (Dkt. #33, filed Aug. 5, 2011).

On July 11, 2011, this court dismissed the petition without prejudice and without service upon Respondent. This case is currently on appeal to the Fourth Circuit Court of Appeals. Therefore, there is nothing currently pending in this court to serve upon Respondent.

Petitioner's motion is **denied**.

**IT IS SO ORDERED.**

                                            s/ Cameron McGowan Currie
                                            CAMERON McGOWAN CURRIE
                                            UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
August 9, 2011